**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BRIGHT DATA LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:23-CV-00171-JRG-RSP |
| | § | |
| OXYLABS, UAB, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

The Court hereby **STAYS** the above-captioned case pending further order of the Court.

**SIGNED this 19th day of August, 2025.**


_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1